IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE E. MODICA, SR.,

      Plaintiff,                          No. 2:11-cv-2163 DAD P

    vs.

B. COX, et al.,                      <u>ORDER RE SETTLEMENT & DISPOSITION</u>

      Defendants.

      Pursuant to the representations of counsel and parties at a Settlement Conference conducted in Chambers on June 3, 2013, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than December 2, 2013.

      All hearing dates set in this matter are **VACATED.**

      <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

      SO ORDERED.

DATED: June 3, 2013.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE