IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE E. MODICA SR.,

    Plaintiff,               No. 2:11-cv-2163 DAD P

    vs.

B. COX, et al.,

    Defendants.         <u>ORDER</u>

                            /

        On August 20, 2013, the parties filed a stipulated dismissal of this action with prejudice. The undersigned has reviewed the stipulation signed by the parties.

        Pursuant to that stipulation, IT IS HEREBY ORDERED that:

        1. This action is dismissed with prejudice; and

        2. The Clerk of the Court shall close the case.

DATED: August 22, 2013.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:9
modi2163.stip

1